COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | No. 08-10-00209-CV |
| | § | |
| ESTATE OF KATHLEEN BURKE, | | Appeal from the |
| DECEASED. | § | |
| | | Probate Court No. 1 |
| | § | |
| | | of Bexar County, Texas |
| | § | |
| | | (TC# 2008-PC-1547) |
| | § | |
| | § | |

**<u>MEMORANDUM OPINION</u>**

Pending before the Court is Appellant's motion for voluntary dismissal of this appeal. *See*

TEX. R. APP. P. 42.1(a)(1). The motion is granted, and this appeal is dismissed. Costs of appeal are

assessed against Appellant. *See* TEX. R. APP. P. 42.1(d).


                                        GUADALUPE RIVERA, Justice

August 31, 2011

Before Chew, C.J., McClure, and Rivera, JJ.